**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PAN AMERICAN WORLD AIRWAYS, LLC, | |
|       PLAINTIFF, | CASE NO.: 1:26-CV-01918 |
| V. | |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | |
|       DEFENDANTS. | |

# EXHIBIT 1 – TRADEMARK REGISTRATIONS

| MARK | REG. № | GOODS & SERVICES | REG. DATE |
|---|---|---|---|
| | 3,288,129 | IC 018: Luggage; all-purpose carrying bags; carry-all bags; carry-on bags; travel bags.<br><br>IC 028: Toy model vehicles; toy model airplanes; toy model trains; toy model train cars; scale model vehicles, trains, train cars, airplanes. | Sep. 4, 2007 |
| | 3,804,943 | IC 018: Luggage; all-purpose carrying bags; carry-all bags; carry-on bags; travel bags. | Jun. 15, 2010 |
| | 4,458,350 | IC 018: Luggage; all-purpose carrying bags; carry-all bags; carry-on bags; travel bags. | Dec. 31, 2013 |
| | 4,827,280 | IC 028: Toy model vehicles; toy model airplanes; toy model trains; toy model train cars; scale model vehicles, trains, train cars, airplanes. | Oct. 6, 2015 |
| | 4,941,545 | IC 039: Air transportation of passengers and freight. | Apr. 19, 2016 |
| PAN AM | 6,868,829 | IC 039: Air transportation of passengers and freight. | Oct. 11, 2022 |

Int. Cls.: 18 and 28

Prior U.S. Cls.: 1, 2, 3, 22, 23, 38, 41 and 50

United States Patent and Trademark Office

Reg. No. 3,288,129
Registered Sep. 4, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**



PAN AMERICAN WORLD AIRWAYS, INC. (DE-
LAWARE CORPORATION)
14 AVIATION AVENUE
PORTSMOUTH, NH 03801

FOR: LUGGAGE; ALL-PURPOSE CARRYING
BAGS; CARRY-ALL BAGS; CARRY-ON BAGS; TRA-
VEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1963; IN COMMERCE 0-0-1963.

FOR: TOY MODEL VEHICLES; TOY MODEL
AIRPLANES; TOY MODEL TRAINS; TOY MODEL

TRAIN CARS; SCALE MODEL VEHICLES, TRAINS,
TRAIN CARS, AIRPLANES, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

OWNER OF U.S. REG. NO. 668,792.

SER. NO. 78-899,625, FILED 6-2-2006.

LANA PHAM, EXAMINING ATTORNEY





**Reg. No. 3,804,943**

**Registered June 15, 2010**

**Int. Cls.: 16, 18, 21, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
44 INDUSTRIAL PARK DRIVE
DOVER, NH 03820

FOR: PENS; WRITING UTENSILS; BLANK CARDS; GREETING CARDS; NOTE CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

FOR: LUGGAGE TAGS; PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

FOR: MUGS; CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 4-17-2007; IN COMMERCE 4-17-2007.

FOR: SHIRTS; JACKETS; SWEAT SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

OWNER OF U.S. REG. NO. 668,792.

SN 78-899,615, FILED 6-2-2006.

JEFF DEFORD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office





**Reg. No. 4,458,350**

**Registered Dec. 31, 2013**

**Int. Cls.: 18 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
44 INDUSTRIAL PARK DRIVE
DOVER, NH 03820

FOR: ALL-PURPOSE CARRYING BAGS; CARRY-ON BAGS; DIAPER BAGS; GYM BAGS; LUGGAGE; MESSENGER BAGS; PURSES; TOTE BAGS; TRAVEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-31-2006; IN COMMERCE 12-31-2006.

FOR: T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2006; IN COMMERCE 8-31-2012.

OWNER OF U.S. REG. NOS. 3,171,135, 3,804,943 AND OTHERS.

THE MARK CONSISTS OF A GLOBE CONTAINING A CENTERED VERTICAL LINE WITH EIGHT EMANATING CURVED LATITUDINAL LINES AND THE WORDS "PAN AM" WRITTEN THROUGH THE MIDDLE AND EXTENDING OUTSIDE THE GLOBE ON EITHER SIDE.

SER. NO. 85-919,833, FILED 5-1-2013.

THOMAS MANOR, EXAMINING ATTORNEY



*Deborah S. Cohn*

Commissioner for Trademarks of the
United States Patent and Trademark Office





**Reg. No. 4,827,280**

**Registered Oct. 6, 2015**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
44 INDUSTRIAL PARK DRIVE
DOVER, NH 03820

FOR: CALENDARS; WALL CALENDARS; POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-2-2006; IN COMMERCE 11-30-2014.

OWNER OF U.S. REG. NOS. 3,171,135, 3,804,943, AND OTHERS.

THE MARK CONSISTS OF A GLOBE WITH THE WORDS "PAN AM" ACROSS IT.

SN 85-513,567, FILED 1-11-2012.

MARILYN IZZI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



**United States of America**

United States Patent and Trademark Office

**Reg. No. 4,941,545**

**Registered Apr. 19, 2016**

**Int. Cl.: 39**

**SERVICE MARK**

**PRINCIPAL REGISTER**

PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
44 INDUSTRIAL PARK DRIVE
DOVER, NH 03820

FOR: AIR TRANSPORTATION OF PASSENGERS AND FREIGHT, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 5-1-2015; IN COMMERCE 8-12-2015.

OWNER OF U.S. REG. NOS. 3,171,134 AND 3,171,135.

THE MARK CONSISTS OF THE OUTLINE OF A GLOBE WITH THE WORDS "PAN AM" ACROSS IT.

SN 77-931,658, FILED 2-9-2010.

TEJBIR SINGH, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.09.25 02:50:26 -04'00'

# United States of America
## United States Patent and Trademark Office

# PAN AM

**Reg. No. 6,868,829**

**Registered Oct. 11, 2022**

**Int. Cl.: 39**

**Service Mark**

**Principal Register**

Pan American World Airways, LLC (DELAWARE LIMITED LIABILITY COMPANY)
30 Centre Road, Suite 8
Somersworth, NEW HAMPSHIRE 03878

CLASS 39: Air transportation of passengers and freight

FIRST USE 5-1-2015; IN COMMERCE 8-12-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4941545, 3171135, 3171134

SER. NO. 90-614,875, FILED 03-31-2021



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

